UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALE CAMERON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>   -v-<br><br>PROSEGUR SERVICES GROUP, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 24 Civ. 7156 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone status conference held today, October 3, 2024, it is ORDERED that on or before **October 25, 2024**, the parties shall file a joint letter setting forth the status of their settlement discussions and whether they request (i) Court-annexed mediation, (ii) a settlement conference, or (iii) a case management plan and scheduling order.

Dated:     New York, New York
           October 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**