UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE CAMERON, <u>on behalf of himself and all others similarly situated</u>,

                      Plaintiff,

  -v-

PROSEGUR SERVICES GROUP, INC.,

                      Defendant.

CIVIL ACTION NO. 24 Civ. 7156 (PAE) (SLC)

<u>**ORDER**</u>

**SARAH L. CAVE,** United States Magistrate Judge.

      The parties' request for a settlement conference (ECF No. 20) is **GRANTED**. A Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, November 6, 2024 at 12:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

      The Clerk of Court is respectfully directed to close ECF No. 20.

Dated:      New York, New York
              October 28, 2024

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**