UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE CAMERON, <u>on behalf of himself and all others similarly situated</u>,

                Plaintiff,

  -v-

PROSEGUR SERVICES GROUP, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7156 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephone status conference held today, November 19, 2024, on or before **November 27, 2024**, the parties shall file a joint letter setting forth the status of their settlement negotiations.

Dated:     New York, New York
            November 19, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**